Kevin M. Hayes, OSB #012801
Email: kevin.hayes@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300

*Attorney for Plaintiff*
MELANIE JENKINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MELANIE JENKINSON,<br><br>    Plaintiff,<br><br>v.<br><br>TRAILFORK, INC.,<br><br>    Defendant. | Case No.: 3:19-cv-00888<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Melanie Jenkinson, through her undersigned counsel, notifies this Court that she hereby dismisses this action without prejudice. Defendant has copies of the Summons and Complaint and has waived formal service (ECF No. 4). Defendant has not filed an answer or any dispositive motion in this action.

Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses its claims asserted against Defendant Trailfork, Inc. *without prejudice*. The parties shall each be responsible for their own attorneys' fees, costs, and expenses.

Respectfully submitted,

Dated:  January 7, 2021.      By:     s/Kevin M. Hayes
                                      Kevin M. Hayes, OSB #012801
                                      Email:  kevin.hayes@klarquist.com
                                      KLARQUIST SPARKMAN, LLP

                                      *Attorney for Plaintiff*
                                      MELANIE JENKINSON

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on January 7, 2021, a true and correct copy of the foregoing document was served by First Class U.S. Mail and by electronic mail on counsel for plaintiff.

| | |
|---|---|
| Barton S. Balis<br>Attorney at Law<br>Goff & Goff LLC<br>3015 47th St. # E-1<br>Boulder, CO 80301<br>Email: bart@goff-law.com | Elizabeth Milesnick, OSB 050933<br>IdeaLegal LLC<br>2240 N Interstate Ave Ste 270<br>Portland OR  97227<br>Email: emilesnick@idealegal.com |

          s/Kevin M. Hayes
          Kevin M. Hayes